| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Received | Date Received |
|---|---|---|---|---|---|
| 15 | 100 mL | Pentobarbital Sodium 50mg/mL | | 15 | 6/18/[?] |

DATE: 18 JUN 18

Date Issued: 04/01/2014

Schedules: 2, 2N, 3, 3N, 4, 5

Registered as a: CHAIN HOSP/CLINIC

DEA Form - 222 (AUGUST 2011)

U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II
DRUG ENFORCEMENT ADMINISTRATION
PURCHASER'S Copy 3

| | | | | | | |
|---|---|---|---|---|---|---|
| See Reverse of PURCHASER'S Copy for Instructions | | No order form may be issued for Schedule I and II substances unless a completed application form has been received, (21 CFR 1305.04). | | | OMB APPROVAL No. 1117-0010 | |
| | | DATE 6-20-18 | TO BE FILLED IN BY SUPPLIER SUPPLIER'S DEA REGISTRATION No. [REDACTED] | | | |

| LINE No. | No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|---|
| 1 | 1 | 100ml | PentoBarbital 50mg/ml | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

◁ LAST LINE COMPLETED   *(MUST BE 10 OR LESS)*   SIGNATURE OF PU[RCHASER] OR ATTORNEY OR [AGENT]

Date Issued: 07/11/2018
DEA Registration No. [REDACTED]
Name and Address of Registrant [REDACTED]

Schedules: 2, 2N, 3, 3N, 4, 5,

Registered as a: RETAIL PHARMACY
No. of this Order Form: [REDACTED]

DEA Form - 222
(AUGUST 2011)

U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II
DRUG ENFORCEMENT ADMINISTRATION
SUPPLIER'S Copy 1

Huntsville Unit
Storage Inventory
Pentobarbital 100mg/ml (5 grams)

| Date | Name of Offender | TDC# | Inventory Total | Amount Taken | Amount Added | Inventory Total | Ref # (2) |
|---|---|---|---|---|---|---|---|
| 4/25/18 | Davila, Erick | 999545 | 3 | 2 | | 1 | |
| 4/25/18 | Davila, Erick Return | 999545 | 1 | | 1 | 2 | |
| 5/14/18 | Castillo, Juan | 999502 | 2 | 2 | | 0 | |
| 5/16/18 | Return | 999502 | 0 | | 1 | 1 | |
| 6/6/18 | Stock Received | — | 1 | | 15 | 16 | |
| 6/20/18 | Removed from Stock (test) | — | 16 | 1 | | 15 | |
| 6/27/18 | Bible, Danny | 999455 | 15 | 1 | | 14 | |
| 6/27/18 | Return | 999455 | 14 | | 0 | 14 | |
| 9/26/18 | Clark, Troy | 999351 | 14 | 2 | | 12 | |
| 9/26/18 | Return | 999351 | 12 | | 1 | 13 | |
| 9/27/18 | Acker, Daniel | 999381 | 13 | 2 | | 11 | |
| 9/27/18 | Acker, Daniel Return | 999381 | 11 | | 1 | 12 | |
| 11/14/18 | Ramos, Robert | 999062 | 12 | 2 | | 10 | |
| 11/14/18 | Return | 999062 | 10 | | 1 | 11 | |
| 12/4/18 | Begin New Form | — | — | — | — | — | |

Note - All offender's addresses are at 815 12th Street, Huntsville, Texas 77348

# Huntsville Unit
## Storage Inventory
### Pentobarbital   100 ml (5 grams)

| Date | Name of Offender | TDC# | Inventory Total | Amount Taken | Amount Added | Inventory Total | Ref # (2) |
|---|---|---|---|---|---|---|---|
| 12/3/18 | Begin New Form | — | | | | 11 | |
| 12/4/18 | Garcia, Joseph | 999441 | 11 | 2 | | 9 | |
| 12/4/18 | Return | 999441 | 9 | | 1 | 10 | |
| 12/11/18 | Braziel, Alvin | 999393 | 10 | 2 | | 8 | |
| 12/11/18 | Return | 999393 | 8 | | 1 | 9 | |
| 1/30/19 | Jennings, Robert | 000956 | 9 | 1 | | 7 | |
| 1/30/19 | Return | 000956 | 7 | | 1 | 8 | |
| 2/28/19 | Coble, Billie | 000976 | 8 | 2 | | 6 | |
| 2/28/19 | Return | 000976 | 6 | | 1 | 7 | |
| 3/28/19 | Murphy, Patrick | 999441 | 7 | 2 | | 5 | |
| 3/28/19 | Return | 999441 | 5 | | 2 | 7 | |
| 4/24/19 | King, John | 999295 | 7 | 2 | | 5 | |
| 4/24/19 | Return | 999295 | 5 | | 1 | 6 | |
| 4/29/19 | Received from Supplier | | 6 | | 15 | 21 | |

Note – All offender's addresses are at 815 12th Street, Huntsville, Texas 77348



# LABORATORY REPORT

Client #: ▮
Sample: Pentobarbital
Conc.: 50mg/mL
Lot #: ▮
Sample ID #: ▮
Date Rec'd: 06/22/2018

| Chemistry Tests: | Date | Reported | Measured | Potency |
|---|---|---|---|---|
| Pentobarbital | 06/27/2018 | 50.0 mg/mL | 49.0 mg/mL | 98.0 % |

| Microbiology Tests: | Date | Measured | Result |
|---|---|---|---|
| Scan RDI | 06/25/2018 | | Pass |
| Bacterial Endotoxins | 06/25/2018 | <1.00 EU/mL | Pass - |

**Notes:**

*Bacterial Endotoxins:* Endotoxins are measured using USP<85> Turbidimetric procedure, with an inhibition / enhancement test performed on each sample.

*Potency:* Potency is determined via USP <621> HPLC, USP<851> Spectrophotometry, and specific monograph testing procedures.

Respectfully submitted,



# LABORATORY REPORT

Client #:
Sample: Pentobarbital
Conc.: 50mg/mL
Lot #:
Sample ID #:
Date Rec'd: 05/03/2019
Storage Loc:

| Chemistry Tests: | Date | Reported | Measured | Potency |
|---|---|---|---|---|
| Pentobarbital | 05/06/2019 | 50.0 mg/mL | 49.4 mg/mL | 98.8 % |

**Notes:**

**Potency:** Potency is determined via USP <621> HPLC, USP<851> Spectrophotometry, and/or specific monograph testing procedures.

Respectfully submitted,